UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
BETTY ENGBARTH,                    )
                                         )  No. 05-1205RSL
                 Plaintiff,  )
    v.                               )
                                         )  ORDER TO SHOW CAUSE
TARGET STORES, INC.,               )
                                         )
                 Defendant. )
_____)

This matter comes before the Court *sua sponte*. On December 4, 2006, defendant filed a memorandum with related documents that, taken as a whole, exceeds 50 pages in length. As of this date, a courtesy copy of these documents has not been provided for chambers.

Defendant is hereby ORDERED to show cause within five days of this Order why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 3) and the "Minute Order Setting Trial & Related Dates" (Dkt. #5). Defendant shall immediately deliver a paper copy of the documents filed on December 4, 2006, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE

1  The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar
2 for December 20, 2006.

3

4

DATED this 13th day of December, 2006.

5

6

7  /s/ Robert S. Lasnik
   ─────────────────────────
8  Robert S. Lasnik
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SHOW CAUSE                          -2-