# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

|  |  |
|---|---|
| BETTY ENGBARTH,<br><br>                Plaintiff,<br>    v.<br><br>TARGET STORES, INC.,<br><br>                Defendant. | No. C05-1205L<br><br>ORDER |

        This matter comes before the Court *sua sponte*. On December 13, 2006, the Court ordered defendant to deliver a courtesy copy of documents filed on December 4, 2006. Defendant has now done so. The Order to Show Cause (Dkt. # 11) is hereby VACATED: defendant need not take any further action in response to the Order to Show Cause.

        DATED this 19th day of December, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER